IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE G. OLIVER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED WAY OF ERIE COUNTY, <br><br> Defendant. | Civil Action No. 1:23-cv-00245-SPB <br><br> Judge Susan Paradise Baxter <br><br> *Electronically Filed* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, *pro se* and Defendant, by and through its respective attorneys, stipulate and agree that the Parties have reached an amicable resolution and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Amended Complaint in this action is dismissed with prejudice, without any award of fees and costs by the Court.

/s/ Clarence G. Oliver
Clarence G. Oliver
clarence.chris59@gmail.com
453 East 28th Street
Erie, PA 16504
Ph: (814) 860-1793
*Pro Se*

/s/ Claire McGee
Christopher Michalski (PA No. 93236)
cmichalski@littler.com
Claire McGee (PA No. 320491)
cmcgee@littler.com
Littler Mendelson P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Telephone: 412.201.7634 / 7603
Facsimile: 412.456.2377
*Attorneys for Defendant,*
*United Way of Erie County*

**FILED**
JAN 08 2024
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

It is so Ordered this 12th day of January, 2024.

/s/ Susan Paradise Baxter